UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

LYLE G. MYERS )
 )
         PLAINTIFF )
VS. ) CASE NO. 1:05CV-101-M
 )
OTR MEDIA, INC., RICHARD )
UNDERWOOD, and CARL FLEWALLEN )
 )
         DEFENDANTS )

### ORDER DISMISSING

This matter having come before the Court on the Joint Motion of the parties;

IT IS HEREBY ORDERED AND ADJUDGED that by agreement of the parties this action is voluntarily dismissed.

Copies to: Counsel of record